LOUIS BROWN, Respondent, v. PHILIP SALZBERG, Appellant.— Motion denied, on condition that appellant perfect the appeal, place the case on the calendar for the May term and be ready for argument when reached;

otherwise, motion granted, with ten dollars costs. Putnam, Blackmar, Kelly and Jaycox, JJ., concur; Mills, J., not voting.